**Marion Leon BEA, Plaintiff— Appellant,**

v.

**Beth ARTHUR, Sheriff, Arlington County Detention Facility, Defendant—Appellee.**

No. 06–6139.

United States Court of Appeals, Fourth Circuit.

Submitted: July 25, 2006.

Decided: Aug. 1, 2006.

Marion Leon Bea, Appellant Pro Se.

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Marion Leon Bea appeals the district court's order denying relief on his motions to file an amended complaint in a 42 U.S.C. § 1983 (2000) action that was already closed, which the district court construed as motions for reconsideration of the dismissal of the § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bea v. Arthur,* No. 1:04–cv–00802–TSE (E.D. Va. filed Jan. 9, 2006 & entered Jan.

10, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*